**In the Matter of: Dean KALIVAS, Debtor,**

**Dean Kalivas, Appellant,**

v.

**D. Gerard McAleese; et al., Appellees.**

No. 07–35608.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Feb. 11, 2009.

Dean Kalivas, Seattle, WA, pro se.

Marc K. Sellers, Schwabe, Williamson & Wyatt, Portland, OR, for Appellees.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Attorney Dean Kalivas appeals pro se from the Bankruptcy Appellate Panel's ("BAP") order affirming the bankruptcy court's order dismissing his adversary complaint. We have jurisdiction under 28 U.S.C. § 158(d). We review BAP deci-sions de novo and use the same standard used by the BAP to review the bankruptcy court's decision. *Busseto Foods, Inc. v. Laizure (In re Laizure),* 548 F.3d 693, 696 (9th Cir.2008). We affirm.

The BAP properly affirmed the bankruptcy court's conclusion that the district court did not act until it had obtained relief from the automatic stay, and therefore did not violate the automatic stay. The BAP also properly affirmed the bankruptcy court's determination that its order granting relief from the automatic stay so that the district court could enter judgment necessarily included entry of findings of fact and conclusions of law. *See* Fed. R.Civ.P. 52(a) (requiring separate entry of findings of fact and conclusions of law following a bench trial).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.